1  **BONNETT, FAIRBOURN,**
    **FRIEDMAN & BALINT, P.C.**
2  Andrew S. Friedman (*Pro Hac Vice*)
    afriedman@bffb.com
3  Francis J. Balint, Jr. (*Pro Hac Vice*)
    fbalint@bffb.com
4  2325 East Camelback Road
    Suite 300
5  Phoenix, Arizona 85016
    Tel: (602) 274-1100
6  Fax: (602) 274-1199

7  [Additional Co-Counsel on Signature Page]

8  *Attorneys for Plaintiff*

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| LSCC LLC, an Arkansas limited liability corporation, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILCO LIFE INSURANCE COMPANY f/k/a CONSECO LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-01854-PSG (MRWx)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR TELEPHONIC/ZOOM STATUS CONFERENCE**<br><br>Complaint Filed: March 13, 2019<br><br>Judge:   Hon. Philip S. Gutierrez |

All parties to the above-captioned action ("this Action") respectfully request that the in-person status conference in this Action currently set for June 22, 2021, at 2 p.m. be converted to a telephonic or Zoom conference at the same date and time.

This conference was originally scheduled to be conducted via telephonic conference on June18th but was reschedule by the Court on the afternoon of June 17th in light of the recent and historic enactment of the Juneteenth federal holiday. In rescheduling the matter to June 22nd, the hearing was changed to an in-person hearing. Lead counsel for the respective parties reside in Phoenix, Arizona, Washington D.C., and the Dallas, Texas areas, and would need to make sudden travel and schedule changes for an in-person conference that conflict with previously scheduled meetings. Thus, the parties respectfully request that this conference be permitted to be conducted by telephone or Zoom for the convenience of the parties.

The parties are in the process of finalizing the exhibits for a written settlement agreement and obtaining final approvals and signatures. The settlement agreement calls for a coordinated filing in an earlier class action that the parties understand is also currently assigned to Judge Gutierrez – *In Re Conseco Life Insurance Cost of Insurance Litigation*, MDL No. 04-1610 AHM (MCX) ("the MDL Action"). The settlement agreement also calls for the parties to seek a temporary stay of this matter and the later voluntary dismissal of this Action with prejudice. At the status conference, the parties can explain the coordinated settlement filings in this Action and the MDL Action, and otherwise address any questions the Court may have about implementation of the settlement agreement.

/ / /

/ / /

Dated: June 21, 2021.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**

/s/ *Andrew S. Friedman*
Andrew S. Friedman (admitted *Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (admitted *Pro Hac Vice*)
fbalint@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199

Patricia Syverson (SBN: 203111)
psyverson@bffb.com
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax: (602) 274-1199

**Law Offices of Randy D. Curry**
Randy D. Curry (SBN: 119636)
randydcurrylaw@gmail.com
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 258-4381
Fax: (949) 258-4382

**Frank E. McLain Law Firm**
Frank E. McLain (admitted *Pro Hac Vice*)
frank@fmclainlaw.com
8340 Meadow Road, Suite 232
Dallas, TX  75231
Telephone:  214-378-8585
Fax:  214-378-5561 (FAX)

*Attorneys for Plaintiff*

2

**LOCKE LORD LLP**

/s/*Carl C. Scherz*
Carl C. Scherz  (admitted *Pro Hac Vice*)
cscherz@lockelord.com
Taylor Brinkman (admitted *Pro Hac Vice*)
tbrinkman@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
T: (214) 740-8497
F: (214) 756-8497

Jamie Mei Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
T: (213) 485-1500
F: (213) 485-1200

*Attorneys for Defendant*

**ECF ATTESTATION**

I, Andrew S. Friedman, am the ECF User whose ID and password are being used to file this **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR TELEPHONIC/ZOOM STATUS CONFERENCE**. In accordance with Local Rule 5-4.3.4, concurrance in and authorization for filing of this document has been obtained from Carl C. Scherz, counsel for defendant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: June 21, 2021.

                BONNETT FAIRBOURN FRIEDMAN & BALINT, PC

                By: */s/ Andrew S. Friedman*
                    Andrew S. Friedman