1  **BONNETT, FAIRBOURN,**
   **FRIEDMAN & BALINT, P.C.**
2  Andrew S. Friedman (*Pro Hac Vice*)
   afriedman@bffb.com
3  Francis J. Balint, Jr. (*Pro Hac Vice*)
   fbalint@bffb.com
4  2325 East Camelback Road
   Suite 300
5  Phoenix, Arizona 85016
   Tel: (602) 274-1100
6  Fax: (602) 274-1199

7  *Attorneys for Plaintiff*

8  **LOCKE LORD LLP**
   Jamie Mei Cheng [Cal. Bar No. 298750]
9  jamie.cheng@lockelord.com
   300 S. Grand Avenue, Suite 2600
10 Los Angeles, CA  90071
   T: (213) 485-1500
11 F: (213) 485-1200

12 Carl C. Scherz [*Pro Hac Vice*]
   cscherz@lockelord.com
13 Taylor Brinkman [*Pro Hac Vice*]
   tbrinkman@lockelord.com
14 2200 Ross Avenue, Suite 2200
   Dallas, Texas 75201
15 T: (214) 740-8583
   F: (214) 756-8583
16
   *Attorneys for Defendant,*
17 *Wilco Life Insurance Company*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSCC LLC, an Arkansas limited liability corporation, individually and on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>WILCO LIFE INSURANCE COMPANY f/k/a CONSECO LIFE INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:19-cv-01854-PSG (MRWx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 13, 2019<br><br>Judge:     Hon. Philip S. Gutierrez |

Plaintiff LSCC, LLC ("LSCC") and Defendant Wilco Life Insurance Company now known as Wilcac Life Insurance Company ("Wilco Life") file this Joint Stipulation of Dismissal with Prejudice and request that the Court dismiss all claims in this matter.

Pursuant a settlement agreement between the Parties (the "Grace Period Settlement Agreement") and Rule 41(a)(2) of the *Federal Rules of Civil Procedure*, the Parties stipulate that all claims against Wilco Life are hereby dismissed with prejudice. The Parties further stipulate that this action shall be dismissed and that all parties shall bear their own respective attorneys' fees and costs of suit.

Dated: August 3, 2021.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**

*/s/ Francis J. Balint, Jr.*
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

*Attorneys for Plaintiff LSCC, LLC*

**LOCKE LORD LLP**

*/s/ Carl C. Scherz*
Jamie Mei Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
T: (213) 485-1500
F: (213) 485-1200

Carl C. Scherz  (*Pro Hac Vice*)

1

| | |
|---|---|
| 1 | cscherz@lockelord.com |
| 2 | Taylor Brinkman (*Pro Hac Vice*) |
|   | tbrinkman@lockelord.com |
| 3 | 2200 Ross Avenue, Suite 2200 |
|   | Dallas, Texas 75201 |
| 4 | T: (214) 740-8497 |
| 5 | F: (214) 756-8497 |

*Attorneys for Defendant Wilco Life Insurance Company*