

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

| | |
|---|---|
| LSCC LLC, an Arkansas limited liability corporation, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILCO LIFE INSURANCE COMPANY f/k/a CONSECO LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-01854-PSG (MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 13, 2019<br><br>Judge: Hon. Philip S. Gutierrez |

Came on for consideration this day, the Joint Stipulation of Dismissal with Prejudice of all Parties. The parties no longer desiring to pursue this action, the Court finds that the Joint Stipulation of Dismissal be GRANTED.

It is, therefore, ORDERED that all claims in this matter against Defendant Wilco Life Insurance Company are hereby dismissed with prejudice and that each party shall bear its own respective costs of suit and attorneys' fees. This is a final judgment disposing of all claims and all parties. All relief not expressly granted herein is hereby denied.

SIGNED this the 3rd day of August, 2021.

_____
The Honorable Philip S. Gutierrez
United States Chief District Court Judge